RECEIVED
US MARSHALS SERVICE
YUMA, ARIZONA
2019 MAY -9 P 4: 12

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Stephanie Hernandez,<br><br>    Defendant. | NO. CR-18-01607-001-PHX-DLR<br><br>**DETENTION ORDER** |

On May 9, 2019, Defendant appeared before this Court on a petition to revoke conditions of release.

The Court finds, by clear and convincing evidence, that Defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required. 18 U.S.C. §3148(b).

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

IT IS FURTHER ORDERED that Defendant be transported to the District Court in Phoenix.

Dated this 9th day of May, 2019.

Honorable James F. Metcalf
United States Magistrate Judge